IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

———————————

SPIRIT COMMERCIAL AUTO RISK
RETENTION GROUP,

      Plaintiff,

      vs.                                          Case No. 1:17-cv-00842 WJ/SCY

GNB TRUCKING, INC., ERIC HEIN,
WENDY HEIN, and LEE HUNT as Personal
Representative of the Estate of RILEY HEIN,

      Defendants.

## RULE 58 JUDGMENT

THIS MATTER came before the Court upon a Motion to Dismiss Complaint for Declaratory Judgment Pursuant to the *Brillhart* Abstention Doctrine or, Alternatively to Stay While Underlying State Action is Proceeding, filed on September 29, 2017 by Defendants Eric Hein, Wendy Hein, and Lee Hunt as personal representative of the Estate of Riley Hein (collectively, the "Heins") **(Doc. 4)**. Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule 58 Judgment **(Doc. 17)**.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Defendants' Motion to Dismiss **(Doc. 4)** is hereby dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE